UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BLANDITE HENRICE,**<br><br>Plaintiff,<br><br>vs.<br><br>**GC SERVICES, LP, and DOES 1 through 10, inclusive,**<br><br>Defendant. | **Case No.  CV14-329(LDW)(GRB)**<br><br>Hon Magistrate Judge Gary R. Brown |

## NOTICE OF SETTLEMENT

Plaintiff, BLANDITE HENRICE, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, GC SERVICES, LP. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

Date: March 17, 2014

RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi
Shireen Hormozdi, Esq.
Hormozdi Law Firm, LLC
1770 Indian Trail Lilburn Road
Suite 175
Norcross, GA 30093
Tel: 678-395-7795
Tel: 323-988-2400 x267
Fax: 866-929-2434
shireen@hormozdilaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that a copy of this document was mailed or electronically delivered to the persons listed below:

Concepcion A. Montoya (CM-7147)
Hinshaw & Culbertson
800 Third Avenue, 13th Floor
New York, New York 10022
Tel: 212-471-6200
cmontoya@hinshawlaw.com
*Counsel for Defendant*

                    By: /s/ Shireen Hormozdi
                    Shireen Hormozdi, Esq.