UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BLANDITE HENRICE,**<br>Plaintiff,<br><br>-against-<br><br>**GC SERVICES, LP, DOES 1-10,**<br>Defendants. | **Civil Action No.: 2:14-cv-00329-LDW-GRB**<br><br>Hon Magistrate Judge Cary R. Brown |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS

Plaintiff, BLANDITE HENRICE, by counsel, and Defendant, GC SERVICES, LP, by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against GC SERVICES, LP, should be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

DATED: November 25, 2014

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| By: /s/ Shireen Hormozdi<br>Shireen Hormozdi<br>**Norcross Law Firm**<br>1770 Indian Trail Lilburn Rd<br>Norcross, GA 30093<br>T: (678) 395-7795<br>F: (866) 929-2434<br>E: shireen@norcrosslawfirm.com<br>*Attorney for Plaintiff,*<br>*Blandite Henrice* | By: /s/Concepcion A. Montoya<br>Concepcion A. Montoya<br>**Hinshaw & Culbertson LLP**<br>800 Third Avenue, 13th Floor<br>New York, New York 10022<br>T: (212) 471-6200<br>F: 212-935-1166<br>E: cmontoya@hinshawlaw.com<br>*Attorney for Defendant,*<br>*GC Services, LP* |