UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLANDITE HENRICE,<br>　　　　Plaintiff,<br><br>-against-<br><br>GC SERVICES, LP, DOES 1-10,<br>　　　　Defendants. | Civil Action No.: 2:14-cv-00329-LDW-GRB |



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ DEC -2 2014
LONG ISLAND OFFICE

## [PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff BLANDITE HENRICE against Defendant GC SERVICES, LP, are dismissed, with prejudice. Plaintiff BLANDITE HENRICE and Defendant GC SERVICES, LP shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: Dec. 2, 2014
Central Islip, NY

_____
District Court Judge
Eastern District of New York